# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID EDWARD JOHNSON,<br><br>Defendant. | No. 2:18-CR-00018-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

Before the Court is Defendant's Unopposed Motion for Modification of Pretrial Release Conditions, ECF No. 122. Specifically, Defendant requests permission to remove condition #28 and terminate GPS monitoring, ECF No. 33.

Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request.

ECF 91 not withstanding, Defendant recites that to date he has not violated his conditions of release.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 122**, is **GRANTED**. Pretrial Release condition #28 is removed thereby terminating GPS monitoring.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect, ECF No. 33.

**IT IS SO ORDERED.**

DATED January 3, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1