# UNITED STATES DISTRICT COURT

### for

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 13, 2019

SEAN F. MCAVOY, CLERK

U.S.A. vs.     Johnson, David Edward          Docket No.      0980 2:18CR00018-WFN-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant David Edward Johnson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 13th day of February 2018, under the following conditions:

**Additional Condition # 14:** Defendant shall remain within the bounds of Spokane County while the case is pending. By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation # 1:**  On June 8, 2019, Mr. Johnson was contacted by the Kootenai County Sheriffs Office in the District of Idaho. Mr. Johnson did not have permission from the Court to leave Spokane County, a direct violation of additional condition number 14. It should be noted, Mr. Johnson was not cited or arrested for any offense.

On March 19, 2019, the conditions of pretrial release supervision were reviewed with Mr. Johnson. Mr. Johnson acknowledged an understanding of his conditions, which included additional condition number 14.

### PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    June 12, 2019

by      s/Jonathan C. Bot

Jonathan C Bot
U.S. Pretrial Services Officer

THE COURT ORDERS

[X]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

  6/13/19
_____
Date