PROB 12C
(6/16)

Report Date: April 19, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: David Edward Johnson | Case Number: 0980 2:18CR00018-WFN-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮ Mead, Washington 99021 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 25, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | | |
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: | December 22, 2021 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | December 21, 2024 |

### PETITIONING THE COURT

To issue a summons.

On December 27, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Johnson, as outlined in the judgment and sentence. He signed the judgment acknowledging his understanding of the conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about January 12, 2023, David Johnson allegedly violated special condition number 3 by consuming marijuana. |
| | On January 13, 2023, this officer attempted to contact Mr. Johnson, who had not checked in with the assigned probation officer as instructed; he claimed he had "a lot going on." The offender was instructed to report to the U.S. Probation Office for random urinalysis testing by 1 p.m. that date, and he readily admitted to the use of marijuana. |
| | Later that date, the offender reported to the U.S. Probation Office as instructed. Mr. Johnson was subject to random urinalysis testing and provided a urine sample that was presumptive positive for marijuana. He admitted to the use of marijuana on or about January 12, 2023, and signed an admission of use form confirming that admission. |

Prob12C
Re: Johnson, David Edward
April 19, 2023
Page 2

| | | |
|---|---|---|
| 2 | | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about January 24, 2023, David Johnson allegedly violated special condition number 3 by consuming marijuana.

On January 25, 2023, this officer contacted Mr. Johnson to inquire about his schedule for the day as the undersigned was planning to conduct an unscheduled home visit. The offender insisted he was very busy with a number of tasks, but this officer expressed concerns that he was attempting to avoid contact with the assigned probation officer. Mr. Johnson subsequently admitted to using marijuana again, on or about January 18, 2023, after being previously "caught." The offender was instructed to report to the U.S. Probation Office to submit to random urinalysis testing.

On January 25, 2023, the offender reported to the U.S. Probation Office as instructed. Mr. Johnson was subject to random urinalysis testing and provided a urine sample that was presumptive positive for marijuana. Although he stated during our phone call he had used marijuana on or about January 18, 2023, he signed an admission of use form which instead claimed he consumed marijuana on or about January 24, 2023.

3   **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about February 15, 2023, David Johnson allegedly violated special condition number 3 by consuming marijuana.

On February 15, 2023, Mr. Johnson contacted this officer to check-in as instructed, and was subsequently instructed to report to the U.S. Probation Office for random urinalysis testing.

Later that date, on February 15, 2023, the offender reported to the U.S. Probation Office as instructed by the undersigned officer. Mr. Johnson provided a urine sample that was presumptive positive for marijuana, but he denied any marijuana use since January 24, 2023, as previously admitted.

On March 27, 2023, an interpretation request was submitted to the laboratory for urine samples collected from the offender between January 25 and March 15, 2023.

On April 13, 2023, the laboratory provided the U.S. Probation Office with an interpretation as requested. According to the interpretation, the laboratory director opines the offender reused marijuana after January 25, 2023, and prior to providing a urine sample on February 15, 2023.

4   **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about February 27, 2023, David Johnson allegedly violated special condition number 3 by consuming marijuana.

On February 27, 2023, Mr. Johnson was instructed to report to the U.S. Probation Office for random urinalysis testing. Upon reporting as instructed, the offender was subject to a random urinalysis, and provided a urine sample that was presumptive positive for marijuana.

The offender denied any marijuana use since January 24, 2023, as he previously admitted to, and signed a denial of use form confirming his claim.

On March 3, 2023, the laboratory confirmed that the urine sample provided by the offender on February 27, 2023, was in fact positive for marijuana.

On March 27, 2023, an interpretation request was submitted to the laboratory for urine samples collected from the offender between January 25 and March 15, 2023.

On April 13, 2023, the laboratory provided the U.S. Probation Office with an interpretation as requested. According to the interpretation, the laboratory director opines the offender reused marijuana after February 15, 2023, and prior to providing a urine sample on February 27, 2023.

5   **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about March 10, 2023, David Johnson allegedly violated special condition number 3 by consuming marijuana.

On March 10, 2023, this officer made contact with the offender at his residence for the purpose of conducting an unscheduled home visit. During that visit, Mr. Johnson was subject to unmonitored urinalysis testing in an effort to collect a sample that was negative for illicit substances; the offender subsequently provided a urine sample that was presumptive positive for marijuana. Because the offender denied continued marijuana use, he was instructed to report to the U.S. Probation Office for random urinalysis testing that could be properly supervised and sent to the laboratory if necessary.

On March 10, 2023, the offender reported to the U.S. Probation Office and was subject to urinalysis testing. He provided a urine sample that was presumptive positive for marijuana, but again denied any marijuana use since January 24, 2023.

On March 17, 2023, the laboratory confirmed that the urine sample provided by the offender on March 10, 2023, was in fact positive for marijuana.

On March 27, 2023, an interpretation request was submitted to the laboratory for urine samples collected from the offender between January 25 and March 15, 2023.

On April 13, 2023, the laboratory provided the U.S. Probation Office with an interpretation as requested. According to the interpretation, the laboratory director opines the offender reused marijuana after February 27, 2023, and prior to providing a urine sample on March 10, 2023.

| | | |
|---|---|---|
| 6 | | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about March 15, 2023, David Johnson allegedly violated special condition number 3 by consuming marijuana.

On March 15, 2023, the offender was instructed to report to the U.S. Probation Office for a random urinalysis. Upon reporting as instructed, Mr. Johnson provided a urine sample that was presumptive positive for marijuana. He again denied any marijuana use since January 24, 2023.

On March 20, 2023, the laboratory confirmed that the urine sample provided by the offender on March 15, 2023, was in fact positive for marijuana.

On March 27, 2023, an interpretation request was submitted to the laboratory for urine samples collected from the offender between January 25 and March 15, 2023.

On April 13, 2023, the laboratory provided the U.S. Probation Office with an interpretation as requested. According to the interpretation, the laboratory director opines the offender reused marijuana after March 10, 2023, and prior to providing a urine sample on March 15, 2023.

| | | |
|---|---|---|
| 7 | | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about March 17, 2023, David Johnson allegedly violated special condition number 3 by consuming marijuana.

On March 16, 2023, the offender was reenrolled in phase urinalysis testing at Pioneer Human Services (PHS) after he continued to test positive for marijuana months after his last date of admitted use.

On March 17, 2023, Mr. Johnson was subject to phase urinalysis testing when his assigned color was identified for testing. The offender provided a urine sample that was presumptive positive for marijuana. Again he denied any marijuana use since January 24, 2023.

On March 27, 2023, the laboratory confirmed that the urine sample provided by the offender on March 17, 2023, was in fact positive for marijuana.

Because Mr. Johnson has adamantly denied any marijuana use since January 2023, on April 17, 2023, an additional interpretation request was submitted to the laboratory for urine samples collected from the offender between March 15 and April 4, 2023. As of the writing of this report, that interpretation has still not been received.

| | | |
|---|---|---|
| 8 | | **Special Condition #3**:  You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On March 21, 2023, David Johnson allegedly violated special condition number 3 by failing to report for phase urinalysis testing when his assigned color was identified for testing.

On March 27, 2023, this officer received notification from PHS that the offender had failed to report for phase urinalysis testing on March 21, 2023, when his assigned color was identified for testing.

| | | |
|---|---|---|
| 9 | | **Special Condition #3**:  You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about April 4, 2023, David Johnson allegedly violated special condition number 3 by consuming marijuana.

On April 4, 2023, Mr. Johnson was subject to phase urinalysis testing at PHS when his assigned color was identified for testing. The offender provided a urine sample that was presumptive positive for marijuana, but he again denied any marijuana use.

On April 9, 2023, the laboratory confirmed the urine sample provided by the offender on April 4, 2023, was in fact positive for marijuana.

Because Mr. Johnson has adamantly denied any marijuana use since January 2023, on April 17, 2023, an additional interpretation request was submitted to the laboratory for urine samples collected from the offender between March 15 and April 4, 2023. As of the writing of this report, that interpretation has still not been received.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/19/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
Re: Johnson, David Edward
April 19, 2023
Page 6

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_4/20/2023_____
Date