PROB 12C
(6/16)

Report Date: September 15, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 15, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Edward Johnson                Case Number: 0980 2:18CR00018-WFN-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Washington 99021

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 25, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | | |
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: | December 22, 2021 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: | December 21, 2024 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/20/2023 and 05/10/2023.

On December 27, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Johnson, as outlined in the judgment and sentence. He signed the judgment acknowledging his understanding of the conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about August 7, 2023, David Johnson allegedly violated special condition number 3 by consuming codeine.<br><br>On August 7, 2023, the offender reported to the U.S. Probation Office as instructed by the assigned probation officer. Mr. Johnson was subject to random urinalysis (UA) testing and provided a urine sample that was presumptive positive for opiates. He adamantly denied any illicit drug use and claimed that he likely tested presumptive positive because he had consumed poppy seeds in his dip at Red Robin the night before.<br><br>On August 21, 2023, the laboratory confirmed that the urine sample collected from the offender on August 7, 2023, was in fact positive for codeine. |

Prob12C
Re: Johnson, David Edward
September 15, 2023
Page 2

        Because Mr. Johnson adamantly denied consuming codeine, this officer contacted a toxicologist at the laboratory regarding this situation. On September 14, 2023, the toxicologist responded that because the levels were relatively low, it is plausible that the positive result is due to the consumption of poppy seeds. During his initial intake, the substance abuse testing instructions were reviewed with the offender. Those testing instructions specifically state that individuals under supervision are "not to consume poppy seeds or foods that contain themm," as a result of the laboratory inability to differentiate between a positive for illicit substances and a positive for poppy seeds. Mr. Johnson signed the substance abuse testing instructions acknowledging his understanding of those instructions.

13  **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: On August 28, 2023, David Johnson allegedly violated special condition number 3 by failing to report for phase urinalysis testing when his assigned color was identified for testing.

    On August 29, 2023, this officer received notification from Pioneer Human Services (PHS) that Mr. Johnson failed to report for phase urinalysis testing on August 28, 2023, when his assigned color was identified for testing.

    On August 29, 2023, at 12:44 p.m., the undersigned attempted to contact the offender in order to have him report to the U.S. Probation Office for random urinalysis testing, so that his missed phase urinalysis could be excused; he was instructed to contact this officer by 2:45 p.m. that date, but he failed to do so.

    Later that afternoon, at approximately 3:20 p.m., another attempt was made to call Mr. Johnson; when that did not work, an automated message was sent through the offender's ankle monitor with instructions to "call your officer now."

    Mr. Johnson contacted the undersigned shortly thereafter; he claimed that he his phone was broken so he had not received this officer's missed calls. The offender was informed of his missed urinalysis the day prior, and subsequently instructed to report to the U.S. Probation Office for random UA testing.

    Although he advised he would be at the U.S. Probation Office within 30 minutes, Mr. Johnson did not arrive until approximately 1 hour and 15 minutes later, at 4:39 p.m. Despite reporting just minutes before close of business, the offender was given the opportunity to submit to random urinalysis testing, but was unable to provide a valid sample within the allotted time period. As such, he was considered a "failure to provide" and his missed urinalysis on August 28, 2023, was not excused.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
Re: Johnson, David Edward
September 15, 2023
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/15/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

9/15/2023
Date