PROB 12C  
(6/16)

Report Date: November 7, 2023

## United States District Court

**FILED IN THE**  
**U.S. DISTRICT COURT**  
**EASTERN DISTRICT OF WASHINGTON**

for the

### Nov 08, 2023

Eastern District of Washington

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: David Edward Johnson | Case Number: 0980 2:18CR00018-WFN-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓, Mead, Washington 99021 | |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: March 25, 2019 | |
| Original Offense: Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: Prison - 37 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: David Michael Herzog | Date Supervision Commenced: December 22, 2021 |
| Defense Attorney: Colin G. Prince | Date Supervision Expires: December 21, 2024 |

### PETITIONING THE COURT

To issue a summons and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 4/20/2023, 5/10/2023 and 9/15/2023.

On December 27, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Johnson, as outlined in the judgment and sentence. He signed the judgment acknowledging his understanding of the conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 14 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On October 23, 2023, David Johnson allegedly violated special condition number 3 by failing to report for phase urinalysis (UA) testing when his assigned color was identified for testing. |
| | On the morning of October 24, 2023, this officer received notification from Pioneer Human Services (PHS) that Mr. Johnson had failed to report for phase urinalysis testing on October 23, 2023, when his assigned color was identified. |
| | At approximately 9:29 a.m., this officer called both phone numbers on file for the offender, but received no answer. He was then sent a text message (to each phone number) advising that he was marked as a failure to report for phase UA testing the day prior, so this officer was attempting to have him report for random UA testing in order to excuse the missed test. Mr. Johnson did not answer or respond. |

Prob12C
Re: Johnson, David Edward
November 7, 2023
Page 2

At approximately 11:37 a.m. this officer again tried calling both phone numbers, but was unsuccessful in reaching the offender.

At 3:54 p.m., the offender sent a text message to this officer stating he was "just leaving woods bad service will call u when in better reception." The text further read: "I'm sorry on the miss...I'm to far away to make it so I understand what u have to do but this is almost over and I'll be off ur books." This officer tried calling 12 minutes later, and although it rang, there was no answer.

Despite advising that he would "call (this officer) when in better reception," Mr. Johnson made no attempt to contact this officer on October 24, 2023. He later claimed he did not want to contact this officer after close-of-business at 5 p.m., but that suggestion seemed odd as he has previously sent this officer a text message as late as 9 p.m.

The offender could not be contacted until the next day, on October 25, 2023. It should be noted that had he responded to this officer on October 24, 2023, he could have been sent to PHS, where urinalysis testing can be done as late as 7 p.m.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/07/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

11/08/2023
Date